IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHN S. CLABAUGH, JR.,<br><br>　　　　　　Defendant. | 4:12CR3046<br><br>ORDER TO RELEASE<br>GARNISHMENT |

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an order releasing the garnishment against MetLife, 1095 Avenue of The Americas, New York, NY 10036.

IT IS HEREBY ORDERED that the garnishment against MetLife is released.

DATED this 17th day of September, 2014.

BY THE COURT:

_\[signature\]_
JOHN M. GERRARD
UNITED STATES DISTRICT JUDGE